IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lamar Josiah McDaniels, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:09-1518-TLW-WMC |
| | ) | |
| | ) | |
| Mr. Cleary, Patrol Officer Badge No. | ) | |
| 6658 Myrtle Beach Police Department; | ) | |
| And Mr. Planten, PFC Officer Badge No. | ) | |
| 7139 Myrtle Beach Police Department, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# ORDER

Plaintiff, Lamar Josiah McDaniels ("plaintiff"), brought this civil action, *pro se*, pursuant

to 42 U.S.C. § 1983 on June 10, 2009. (Doc. #1).

This matter now comes before this Court for review of the Report and Recommendation

("the Report") filed by United States Magistrate William M. Catoe, to whom this case had

previously been assigned. In the Report, the Magistrate Judge recommends the defendants'

motions for summary judgment (Doc. # 28 and # 29), be granted. (Doc. # 37). The plaintiff filed

no objections to the Report. Objections were due by March 15, 2010.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate

Judge's Report and Recommendation to which a specific objection is registered, and may accept,

reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. §

636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198,

199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 37).

**IT IS SO ORDERED**

_____s/Terry L. Wooten_____
United States District Judge

March 19, 2010
Florence, South Carolina